UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOSE HERNANDEZ,<br><br>　　　　Respondent. | No. CV- 00040 HRL<br><br>XXXXXXX<br>ORDER TO SHOW CAUSE RE<br>ENFORCEMENT OF INTERNAL<br>REVENUE SERVICE SUMMONSES |

　　　　Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on ____January 5____, 2017, it is hereby:

　　　　ORDERED that respondent JOSE HERNANDEZ appear before this Court on the __21st__ day of ____March____, 2017, at __10:00__ a.m., in Courtroom No. __2__, __5th__ Floor, United States District Court, 280 South First Street, San Jose, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summonses heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

　　　　ORDERED that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further:

| | |
|---|---|
| 1 | ORDERED that within twenty-one (21) days before the return date of this Order, respondent |
| 2 | may file and serve a written response to the petition, supported by appropriate affidavit(s) or |
| 3 | declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desire to make, |
| 4 | that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days |
| 5 | before the return date of this Order; that all motions and issues raised by the pleadings will be |
| 6 | considered on the return date of this Order, and only those issues raised by motion or brought into |
| 7 | controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be |
| 8 | considered at the return of this Order, and any uncontested allegation in the petition will be considered |
| 9 | admitted. |

ORDERED this __30th__ day of _____January_____, 2017, at San Jose, California.

_____
UNITED STATES XXXXX JUDGE
MAGISTRATE

Howard R. Lloyd

US v. JOSE HERNANDEZ
No. CV-
xxxxxxxxx ORDER TO SHOW CAUSE

2