| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV 17-00040-BLF |
| Petitioner, ) | |
| ) | [Proposed] AMENDED ORDER TO |
| v. ) | SHOW CAUSE RE: CONTEMPT |
| ) | **AS MODIFIED BY THE COURT** |
| JOSE HERNANDEZ, ) | |
| Respondent ) | |

Good cause having been shown by the United States upon its Application For Entry of Order To Show Cause Re: Contempt and Declaration of Thomas Moore and Certificate of Service filed on June 2, 2017, it is hereby

ORDERED that respondent Jose Hernandez appear in person before this Court on January 11, 2018, at 9:00 a.m., in Courtroom No. 3, 5th Floor, United States Courthouse, 280 South 1st Street, San Jose, California, and then and there show cause, if he has any, why he should not be held in contempt for his failure to comply with the Order Requiring Respondent to Appear Before Revenue Officer to Give Testimony and Provide Items Described in Summonses filed April 12, 2017; and it is further

ORDERED that a copy of this Order to Show Cause Re: Contempt be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further

ORDERED that on or before December 21, 2017, the respondent may file and serve a written response to the Order to Show Cause Re: Contempt, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. Subsection 1746, as well as any motions he desires to make; that on or before December 28, 2017, the petitioner may file and serve a written reply to such response, if any; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order.

ORDERED this 2nd day of August, 2017, at San Jose, California.

_____
BETH LABSON FREEMAN
United States District Judge