1 ALEX G. TSE (CABN 152348)
United States Attorney
2 THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
3 Chief, Tax Division
  450 Golden Gate Avenue, Box 36055
4 San Francisco, California 94102-3495
  Telephone: (415) 436-7017
5 FAX: (415) 436-7009

6 Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 17-00040 BLF |
| Petitioner, | |
| v. | STIPULATION TO DISMISS AND [PROPOSED] ORDER |
| JOSE HERNANDEZ, | |
| Respondent. | |

For the reason that Respondent has produced all the records in his possession or control as required by the summonses at issue, it is hereby stipulated between Petitioner, United States of America, and Respondent, Jose Hernandez, that this matter be dismissed without prejudice, each party to bear their own costs and attorney's fees.

_____    11-23-18
JOSE HERNANEZ, DDS

ALEX G. TSE
United States Attorney

_____ 11/28/18
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE